**Order filed August 4, 2017**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00506-CV
_____

## IN THE INTEREST OF M.R.D.W., CHILD

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-03574J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant **R.W.'s** brief was due **August 2, 2017**. No brief or motion for extension has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order R.W.'s appointed counsel, **William Thursland**, to file R.W.'s brief no later than **August 14, 2017.** If the brief is not filed by that date,

counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM